THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNETH JEFFREYS,<br>an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>ATLANTIC TOWERS ASSN., INC.,<br>a North Carolina Non-Profit Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)    CASE NO.: 5:17-cv-00292-D<br>)<br>)<br>)<br>)<br>)<br>)<br>/ |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on the Parties' Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

SO ORDERED. This ___10___ day of February 2018.

_____
JAMES C. DEVER III
Chief United States District Judge